United States District Court
Southern District of Texas
**ENTERED**
February 11, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Fontenot, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. H-24-3981 |
| Fitness Project Houston, LLC, | § § § | |
| Defendant. | § | |

## O R D E R

On February 11, 2025, Plaintiff, Robert Fontenot, and Defendant, Fitness Project Houston, LLC, filed a Joint Notice of Resolution (docket no. 16) announcing that a settlement has been reached in this action.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to the right of counsel to move for reinstatement within **thirty (30) days** of entry of this order on presentation of adequate proof that the settlement could not be consummated.

All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 11th day of February, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE